# United States District Court
### Northern District of New York
## JUDGMENT IN A CIVIL CASE

PATRICIA A. HYDE

        V.        CASE NUMBER: 5:06-CV-1096 (NAM)

COMMISSIONER OF SOCIAL SECURITY


[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED;** that the Commissioners' decision denying disability benefits be REVERSED and this matter be REMANDED for further proceedings pursuant to 42 U.S.C. section 405(g) according to the Memorandum Decision and Order of the Honorable Norman A. Mordue on March 1, 2010.



| March 1, 2010 | LAWRENCE K. BAERMAN | |
|---|---|---|
| **DATE** | **CLERK OF COURT** | |
| | s/ | |
| | **DONNA M. FRANCISCO**<br>**DEPUTY CLERK** | |